IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAROLE HOLICK,** | |
| **Plaintiff,** | CIVIL ACTION |
| v. | |
| **DAVID OPPENHEIMER AND COMPANY LIMITED PARTNERSHIP, d/b/a THE OPPENHEIMER GROUP,** a Washington limited partnership, | NO. 04-0828 (JJF) |
| **Defendant.** | |

## NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

**PLEASE TAKE NOTICE** that on March 4, 2005, defendant, David Oppenheimer and Company Limited Partnership d/b/a/ The Oppenheimer Group, served copies of Defendant's First Set of Requests for Production of Documents to Plaintiff on all counsel of record on the date and in the manner indicated below:

### By Fax and First Class Mail, U.S. Postage Prepaid

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801
Fax: (302) 655-9329


John M. La Rosa, Esquire
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Fax: (302) 655-9329

WIL:48000.1/dav159-224216

          WOLF, BLOCK, SCHORR and
          SOLIS-COHEN LLP

          By: /s/ Barry Klayman
          Barry M. Klayman, Esquire (# 3676)
          Wilmington Trust Center
          1100 North Market Street
          Suite 1001
          Wilmington, DE 19801
          Tel:(302) 777-0313
          Fax: (302) 778-7813
          Attorneys for Defendant

Of Counsel:
Jonathan D. Wetchler, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Tel: (215) 977-2134

Dated: March 4, 2005

## CERTIFICATE OF SERVICE

I certify that on this date, I caused true and correct copies of the foregoing Notice of Service of Defendant's First Set of Requests for Production of Documents to Plaintiff to be served via facsimile and first class mail upon the following counsel of record:

> Thomas S. Neuberger, Esquire
> The Neuberger Firm, P.A.
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801
> Fax: (302) 655-9329
>
> John M. La Rosa, Esquire
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801-3707
> Fax: (302) 655-9329

Dated: March 4, 2005

_____
Barry M. Klayman (#3676)

WIL:48000.1/dav159-224216