## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAROLE HOLICK,** | : | |
| | : | |
| Plaintiff, | : | **CIVIL ACTION NO.** 04-0828 JJF |
| | : | |
| v. | : | |
| | : | |
| **DAVID OPPENHEIMER AND COMPANY** | : | |
| **LIMITED PARTNERSHIP**, d/b/a | : | |
| **THE OPPENHEIMER GROUP**, | : | |
| a Washington limited partnership, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that I served two (2) copies of **PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF**, **PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF**, and **PLAINTIFF'S LOG OF PRIVILEGED DOCUMENTS** by fax and U.S. mail on April 4, 2005, and electronically filed this **NOTICE OF SERVICE** with the Clerk of the Court on April 5, 2005, using CM/ECF which will send notification of such filing to the following:

> Barry M. Klayman, Esquire
> Wolf, Block, Schorr and Solis-Cohen LLP
> 1100 North Market Street, Suite 1001
> Wilmington, DE 19801

**LAW OFFICE OF JOHN M. LaROSA**

**/s/ John M. LaRosa**
**JOHN M. LaROSA, ESQ. (#4275)**
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

Dated: April 5, 2005                    Attorney for Plaintiff Carole Holick

cc:   Thomas S. Neuberger, Esquire (via hand delivery)
      Ms. Carole Holick (via U.S. mail)

Attorney Files/John/Client/JLR Clients/Holick/Pleadings/Notice of Service