# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAROLE HOLICK,** : | |
| : | |
| **Plaintiff**, : | **CIVIL ACTION NO.** 04-0828 JJF |
| : | |
| v. : | |
| : | |
| **DAVID OPPENHEIMER AND COMPANY** : | |
| **LIMITED PARTNERSHIP**, d/b/a : | |
| **THE OPPENHEIMER GROUP**, : | |
| a Washington limited partnership, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that I served two (2) copies of **PLAINTIFF'S FIRST AMENDED RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** by U.S. mail on April 21, 2005, and electronically filed this **NOTICE OF SERVICE** with the Clerk of the Court on April 22, 2005, using CM/ECF which will send notification of such filing to the following:

>Barry M. Klayman, Esquire
>Wolf, Block, Schorr and Solis-Cohen LLP
>1100 North Market Street, Suite 1001
>Wilmington, DE 19801

                        **LAW OFFICE OF JOHN M. LaROSA**

                        **/s/ John M. LaRosa**
                        **JOHN M. LaROSA, ESQ. (#4275)**
                        Two East 7th Street, Suite 302
                        Wilmington, Delaware 19801-3707
                        (302) 888-1290
                        JLR@LaRosaLaw.com

Dated: April 21, 2005                    Attorney for Plaintiff Carole Holick

cc:    Thomas S. Neuberger, Esquire (via hand delivery)
       Ms. Carole Holick (via U.S. mail)

Attorney Files/John/Client/JLR Clients/Holick/Pleadings/Notice of Service for First Amended Response to First Request for Documents