# WolfBlock

Wilmington Trust Center, Suite 1001, 1100 North Market Street, Wilmington, Delaware 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

July 19, 2005

<u>Via E-Filing and Hand Delivery</u>
The Honorable Joseph J. Farnan, Jr.
U.S. District Court Judge
J. Caleb Boggs Federal Building
844 N. King St.
Room 4124, Lockbox 27
Wilmington, DE 19801

Re:  Carole Holick v. David Oppenheimer and Company
     Limited Partnership d/b/a The Oppenheimer Group,
     C.A. No. 04-0828 JFF

Dear Judge Farnan:

    We represent the defendant, David Oppenheimer and Company Limited Partnership, in the above-referenced matter. The parties have engaged in preliminary settlement discussions and believe that it would be helpful if they requested a settlement conference with Magistrate Judge Mary Pat Thynge. Accordingly, on behalf of both parties, we would respectfully request that the Court refer this matter to the Magistrate Judge for a settlement conference at the Court's earliest convenience.

    Thank you for your consideration of this request.

Respectfully,

*Barry Klayman*

Barry M. Klayman (#3676)
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc:  John M. LaRosa, Esquire (By E-Filing)
     Clerk of the Court (By E-Filing)
     Jonathan D. Wetchler, Esquire

WIL:53196.1/dav159-224216