## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAROLE HOLICK,** | |
| **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **DAVID OPPENHEIMER AND COMPANY LIMITED PARTNERSHIP, d/b/a THE OPPENHEIMER GROUP, a Washington limited partnership,** | **NO.  04-0828 (JJF)** |
| **Defendant.** | |

### NOTICE OF SERVICE OF DEPOSITION NOTICES

**PLEASE TAKE NOTICE** that on July 18, 2005, defendant, David Oppenheimer and Company Limited Partnership d/b/a/ The Oppenheimer Group, served two copies of the Notice of Deposition for Plaintiff; Notice of Deposition for Margaret Duval; Notice of Deposition for Nurse Practitioner Corrigan; and Notice of Deposition for Corporate Designee(s) of Easy Lift Equipment Co., Inc. on all counsel of record in the manner indicated below:

### By Fax and First Class Mail, U.S. Postage Prepaid

Thomas S. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801
Fax:  (302) 655-9329

John M. La Rosa, Esq.
Two East Seventh Street, Suite 302
Wilmington, DE 19801-3707
Fax: (302) 655-9329

WOLF, BLOCK, SCHORR and
SOLIS-COHEN LLP


By: _____
Barry M. Klayman (# 3676)
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE 19801
Tel:(302) 777-0313
Fax: (302) 778-7813
Attorneys for Defendant

Of Counsel:
Jonathan D. Wetchler, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Tel: (215) 977-2134

Dated: July 22, 2005

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this date, I caused true and correct copies of the foregoing Notice of

Service of Deposition Notices to be filed with the Clerk of the Court using CM/ECF, which will

send notification of such filing to the following:

> Thomas S. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801

> John M. La Rosa, Esq.
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801-3707

Dated: July 22, 2005

Barry M. Klayman (#3676)