IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROLE HOLICK | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-828 (JJF) |
| | : |
| DAVID OPPENHEIMER AND COMPANY | : |
| LIMITED PARTNERSHIP, d/b/a The | : |
| Oppenheimer Group, | : |
| | : |
| Defendant. | : |

### O R D E R

WHERAS, the Court was notified by letter that the parties have agreed to mediate their dispute;

IT IS ORDERED that, pursuant to 28 U.S.C. § 636(b), the above-captioned matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement.

July 25, 2005
DATE

UNITED STATES DISTRICT JUDGE