IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROLE HOLICK, | |
| Plaintiff, | CIVIL ACTION |
| v. | |
| DAVID OPPENHEIMER AND COMPANY LIMITED PARTNERSHIP, d/b/a THE OPPENHEIMER GROUP, a Washington limited partnership, | NO. 04-0828 (JJF) |
| Defendant. | |

## NOTICE OF SERVICE OF DEPOSITION NOTICES

**PLEASE TAKE NOTICE** that on July 22, 2005, defendant, David Oppenheimer and Company Limited Partnership d/b/a/ The Oppenheimer Group, served two copies of the Notice of Deposition for Sandra Clark, Notice of Deposition for Carla Cooper, and Notice of Deposition for James Hohman; and on July 29, 2005, the Notice of Deposition for Robert Abate and the Notice of Deposition for Thomas Verbitski, on all counsel of record in the manner indicated below:

### By Fax and First Class Mail, U.S. Postage Prepaid

> Thomas S. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801
> Fax: (302) 655-9329

> John M. La Rosa, Esq.
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801-3707
> Fax: (302) 655-9329

WIL:47912.1/dav159-224216

                    WOLF, BLOCK, SCHORR and
                    SOLIS-COHEN LLP

By: /s/ Barry K. Klayman
Barry M. Klayman (# 3676)
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE 19801
Tel:(302) 777-0313
Fax: (302) 778-7813
Attorneys for Defendant

Of Counsel:
Jonathan D. Wetchler, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Tel: (215) 977-2134

Dated: July 29, 2005

## CERTIFICATE OF SERVICE

I certify that on this date, I caused a true and correct copy of the foregoing Notice of Service of Deposition Notices to be filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Thomas S. Neuberger, Esq.
> The Neuberger Firm, P.A.
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801
>
> John M. La Rosa, Esq.
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801-3707

Dated: July 29, 2005

_____
Barry M. Klayman (#3676)