## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAROLE HOLICK,** : | |
| : | |
| Plaintiff, : | **CIVIL ACTION NO.** 04-0828 JJF |
| : | |
| v. : | |
| : | |
| **DAVID OPPENHEIMER AND COMPANY** : | |
| **LIMITED PARTNERSHIP**, d/b/a : | |
| **THE OPPENHEIMER GROUP**, : | |
| a Washington limited partnership, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on August 2, 2005, I caused two (2) copies of **PLAINTIFF'S FIRST SET OF INTERROGATORIES** and **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** to be sent via fax and first class U.S. mail, postage prepaid to the following:

| | |
|---|---|
| Barry M. Klayman, Esquire | Jonathan D. Wetchler, Esquire |
| Wilmington Trust Building | Paula J. Zimmerman, Esquire |
| 1100 North Market Street | Wolf, Block, Schorr and Solis-Cohen LLP |
| Suite 1001 | 1650 Arch Street, 22nd Floor |
| Wilmington, Delaware 19801 | Philadelphia, PA 19103 |
| (302) 778-7813 (fax) | (215) 405-3801 (fax) |

**LAW OFFICE OF JOHN M. LaROSA**

**/s/ John M. LaRosa**
**JOHN M. LaROSA, ESQUIRE**
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

Attorney for Plaintiff Carole Holick

cc:   Thomas S. Neuberger, Esquire
      Ms. Carole Holick