IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROLE HOLICK | CIVIL ACTION NO. 04-0828 JJF |
| Plaintiff, | |
| v. | |
| DAVID OPPENHEIMER AND COMPANY LIMITED PARTNERSHIP, d/b/a THE OPPENHEIMER GROUP, a Washington limited partnership, | JURY TRIAL DEMANDED |
| Defendant. | |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF PAULA J. ZIMMERMAN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Paula J. Zimmerman, Esquire, an attorney with Wolf, Block, Schorr and Solis-Cohen LLP, to represent defendant, David Oppenheimer and Company Limited Partnership d/b/a The Oppenheimer Group, in this matter.

Barry M. Klayman, Esquire (#3676)
WOLF, BLOCK, SCHORR and
SOLIS-COHEN LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

Attorneys for Defendant,
David Oppenheimer and Company Limited
Partnership d/b/a The Oppenheimer Group

Dated: 8/3/05

WIL:53284.1/dav159-224216

- 2 -

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that the motion for admission pro hac vice of Paula J. Zimmerman, Esquire, is GRANTED.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the State of New Jersey and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 7/29/2005

Paula J. Zimmerman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Tel: (215) 977-2201

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2005, I caused a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice of Paula J. Zimmerman to be served via ECF notification and first class mail, U.S. postage prepaid, to the following:

> John M. LaRosa, Esquire
> Law Office of John M. LaRosa
> Two East 7th Street, Suite 302
> Wilmington, DE 19801-3707
>
> Thomas S. Neuberger, Esquire
> The Neuberger Firm, P.A.
> Two East 7th Street, Suite 302
> Wilmington, DE 19801-3707

Barry M. Klayman (#3676)