IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAROLE HOLICK,** | : | |
| | : | |
| **Plaintiff**, | : | CIVIL ACTION NO. 04-0828 JJF |
| | : | |
| v. | : | |
| | : | |
| **DAVID OPPENHEIMER AND COMPANY** | : | |
| **LIMITED PARTNERSHIP**, d/b/a | : | |
| **THE OPPENHEIMER GROUP**, | : | |
| a Washington limited partnership, | : | |
| | : | |
| **Defendant.** | : | |

**PLAINTIFF'S FIRST NOTICE OF DEPOSITIONS ON ORAL EXAMINATION**

TO:  Barry M. Klayman, Esquire           Jonathan D. Wetchler, Esquire
     Wilmington Trust Building            Paula J. Zimmerman, Esquire
     1100 North Market Street             Wolf, Block, Schorr and Solis-Cohen LLP
     Suite 1001                           1650 Arch Street, 22nd Floor
     Wilmington, Delaware 19801           Philadelphia, PA 19103

PLEASE TAKE NOTICE that counsel for Plaintiff Carole Holick will take the depositions of the below named individuals at Two East Seventh Street, Suite 302, Wilmington, Delaware 19801-3707, at the dates and times indicated:

| DEPONENT | DATE | TIME |
|---|---|---|
| Patti Welsch | August 25, 2005 | 10:00 a.m. |
| Gerry Smirniotis | August 25, 2005 | 2:00 p.m. |
| Rob Johns | August 31, 2005 | 10:00 a.m. |
| Dr. Bob Morton | August 31, 2005 | 2:00 p.m. |
| Marjorie Calibaba | September 2, 2005 | 10:00 a.m. |
| Lisa Ruley | September 2, 2005 | 1:00 p.m. |
| Terence Kelly | September 2, 2005 | 3:30 p.m. |

        **THE NEUBERGER FIRM, P.A.**
        **THOMAS S. NEUBERGER, ESQUIRE**
        Delaware Bar No. 243
        Two East Seventh Street, Suite 302
        Wilmington, Delaware 19801
        (302) 655-0582
        TSN@NeubergerLaw.com

        **LAW OFFICE OF JOHN M. LaROSA**


        **/s/ John M. LaRosa**
        **JOHN M. LaROSA, ESQUIRE**
        Delaware Bar No. 4275
        Two East 7th Street, Suite 302
        Wilmington, Delaware 19801-3707
        (302) 888-1290
        JLR@LaRosaLaw.com

Dated: August 3, 2005        Attorneys for Plaintiff Carole Holick

cc:    Ms. Carole Holick

Attorney Files/John's Files/Client Files/Holick/Pleadings/Notice of Depositions