## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MAUREEN E. LEYVA,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : C. A. No. 04-002 KAJ |
| | : |
| **COMPUTER SCIENCES CORPORATION,** | : |
| | : |
| **Defendant.** | : |

### CERTIFICATE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on August 3, 2004, I caused two (2) copies of **PLAINTIFF'S FIRST NOTICE OF DEPOSITIONS ON ORAL EXAMINATION** to be sent via CM/ECF and U.S. mail to the following:

| | |
|---|---|
| Erica L. Niezgoda, Esquire | Larry R. Seegull, Esquire |
| POTTER ANDERSON & CORROON LLP | G. Brooks Liswell, Esquire |
| 1313 North Market Street | PIPER RUDNICK LLP |
| 6th Floor, P.O. Box 951 | 6225 Smith Avenue |
| Wilmington, Delaware 19801 | Baltimore, Maryland 21209 |
| (302) 658-1192 (fax) | (410) 580-3253 (fax) |

**LAW OFFICE OF JOHN M. LaROSA**

**/s/ John M. LaRosa**
**JOHN M. LaROSA, ESQUIRE**
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com