**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CAROLE HOLICK,** : | |
| : | |
| **Plaintiff**, : | **CIVIL ACTION NO.** 04-0828 JJF |
| : | |
| v. : | |
| : | |
| **DAVID OPPENHEIMER AND COMPANY** : | |
| **LIMITED PARTNERSHIP**, d/b/a : | |
| **THE OPPENHEIMER GROUP**, : | |
| a Washington limited partnership, : | |
| : | |
| **Defendant.** : | |

**AMENDED CERTIFICATE OF SERVICE**

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on August 3, 2004, I caused two (2) copies of **PLAINTIFF'S FIRST NOTICE OF DEPOSITIONS ON ORAL EXAMINATION** to be to the following:

**Via CM/ECF and U.S. Mail**
Barry M. Klayman, Esquire
Wilmington Trust Building
1100 North Market Street
Suite 1001
Wilmington, Delaware 19801
bklayman@wolfblock.com

**Via E-mail and U.S. Mail**
Jonathan D. Wetchler, Esquire
Paula J. Zimmerman, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
jwetchler@wolfblock.com
pzimmerman@wolfblock.com

**LAW OFFICE OF JOHN M. LaROSA**

**/s/ John M. LaRosa**
**JOHN M. LaROSA, ESQUIRE**
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 888-1290
JLR@LaRosaLaw.com

cc:   Thomas S. Neuberger, Esquire
      Ms. Carole Holick