

Wilmington Trust Center, Suite 1001, 1100 North Market Street, Wilmington, Delaware 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:     bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

August 8, 2005

**Via E-Filing and Hand Delivery**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court Judge
J. Caleb Boggs Federal Building
844 N. King St.
Room 4124, Lockbox 27
Wilmington, DE 19801

    Re:    Carole Holick v. David Oppenheimer and Company
                Limited Partnership d/b/a The Oppenheimer Group,
                C.A. No. 04-0828 JFF

Dear Judge Farnan:

       We represent the defendant, David Oppenheimer and Company Limited Partnership, in the above-referenced matter. Last month the parties requested the Court to refer this matter to the Magistrate Judge for mediation, which the Court did by Order dated July 25, 2005 (D.I. 23). Subsequently the Magistrate Judge issued an Order scheduling a teleconference for August 22, 2005 to discuss scheduling of, the procedures involved, and the types of alternative dispute resolutions available (D.I. 24).

       The parties believe that the prospects for a successful mediation would be improved if they were to defer taking additional discovery until after the mediation efforts. The current Scheduling Order, however, requires them to complete fact discovery by September 2, 2005.

       On behalf of both plaintiff and defendant, I am writing to request the Court to enter a revised Scheduling Order that would have the effect of postponing the close of fact discovery until 30 days after the mediation is concluded, and moves back the other deadlines in the Scheduling Order accordingly. It would also postpone the pretrial conference to a date to be determined by the Court after notification that the mediation is concluded.

WIL:53398.1/dav159-224216

The Honorable Joseph J. Farnan, Jr.
August 8, 2005
Page 2

      I am enclosing a proposed form of Order for the Court's convenience. The parties are available to answer any questions that the Court may have.

      Thank you for your consideration of this request.

                                  Respectfully,

                                  Barry M. Klayman (#3676)
                    For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Enclosure
cc:    John M. LaRosa, Esquire (By ECF Notification)
       Thomas S. Neuberger, Esquire (By ECF Notification)
       Clerk of the Court (By E-Filing)
       Jonathan D. Wetchler, Esquire
       Paula J. Zimmerman, Esquire

WIL:53398.1/dav159-224216