IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CAROLE HOLICK,

        Plaintiff,     |  CIVIL ACTION

    v.

DAVID OPPENHEIMER AND    |  NO. 04-0828 (JJF)
COMPANY
LIMITED PARTNERSHIP, d/b/a
THE OPPENHEIMER GROUP,
a Washington limited partnership,

        Defendant.

## FIRST AMENDED SCHEDULING ORDER

WHEREAS, the parties have requested that this matter be referred to the Magistrate Judge for mediation;

WHEREAS, by Order dated July 25, 2005, the Court referred this matter to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement (D.I. 23); and

WHEREAS, the parties have requested the Court to amend the Joint Proposed Rule 16 Scheduling Order approved by the Court on February 8, 2005 ("Scheduling Order"), so as to defer the close of fact discovery and related deadlines until after the conclusion of mediation.

IT IS THEREBY ORDERED AND DECREED that:

1.    The Scheduling Order is hereby amended as follows:

    a.    All fact discovery shall be completed within thirty (30) days following the conclusion of mediation.

    b.    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff within thirty (30) days after the close of fact discovery and from the defendant within thirty (30) days thereafter.

WIL:53399.1/dav159-224216

   c.  Any case dispositive motion shall be served and filed on or before forty-five (45) days after the close of fact discovery.  No case dispositive motion may be filed more than ten (10) days from the above without leave of the Court.

   d.  The Pretrial Conference scheduled for January 19, 2006, shall be continued until a date and time to be determined by the Court if the matter is not resolved by the mediation.  In that event, the parties shall promptly notify the Court of the conclusion of the mediation and request a new date and time for the Pretrial Conference.

   2.  In all other respects, the Scheduling Order shall remain in full force and effect.


_8 -10 - 05_
DATE

UNITED STATES DISTRICT JUDGE