IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROLE HOLICK, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-828-JJF |
| DAVID OPPENHEIMER AND COMPANY LIMITED PARTNERSHIP, d/b/a The Oppenheimer Group, | : |
| Defendant. | : |

## ORDER

At Wilmington this **7th** day of **February, 2006**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, February 21, 2006 beginning at 10:00 a.m. shall now begin at **11:00 a.m.** All other provisions of the Court's August 22, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE