IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAROLE HOLICK,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 04-0828 JJF |
| v. | : | |
| DAVID OPPENHEIMER AND COMPANY LIMITED PARTNERSHIP, d/b/a THE OPPENHEIMER GROUP, a Washington limited partnership, | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

THE PARTIES HERETO STIPULATE AND AGREE that this action is hereby dismissed with prejudice, with each party to bear her or its own costs and attorneys' fees.

_____
Thomas S. Neuberger, Esquire (No. 243)
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707

_____
John M. LaRosa, Esquire (No. 4275)
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707
Attorneys for Plaintiff

Attorneys for Plaintiff

_____
Barry M. Klayman, Esquire (No. 3676)
Wolf, Block, Schorr and Solis-Cohen LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Attorneys for Defendant

DATED: March 6, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAROLE HOLICK,** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 04-0828 JJF |
| | : | |
| v. | : | |
| | : | |
| **DAVID OPPENHEIMER AND COMPANY** | : | |
| **LIMITED PARTNERSHIP,** d/b/a | : | |
| **THE OPPENHEIMER GROUP,** | : | |
| a Washington limited partnership, | : | |
| | : | |
| **Defendant.** | : | |

## ORDER OF DISMISSAL

THE CAUSE having come before the Court on the Stipulation of Dismissal, and the Court, having reviewed the matter and being otherwise fully advised, it is ORDERED as follows:

1. The Stipulation of Dismissal is hereby accepted and approved by the Court.

2. The above captioned action is hereby dismissed with prejudice.

DATED: March ___, 2006

_____
**United States District Judge**